**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

FILED: 12-2-14

**DEDRA DE LA ROSA,**

**Plaintiff,**

- against -

**ORDER**
**14-CV-2444 (SHS) (RLE)**

**BTM DEVELOPMENT PARTNERS, LLC., et al.,**

**Defendants.**

**RONALD L. ELLIS, United States Magistrate Judge:**

   **IT IS HEREBY ORDERED** that the Parties are scheduled  for a TELEPHONIC

CONFERENCE with the Court  on **December 11, 2014 at 3:00 p.m.** On the day of the

conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L.

Ellis,  at **212-805-0563**.  Upon receipt of  this  order, if you need further information, direct

inquiries to Rupa Shah, 212-805-0242.

**SO ORDERED**
**December 2, 2014**

The Honorable Ronald L. Ellis
United States Magistrate Judge