NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY

# DuaneMorris®

*FIRM and AFFILIATE OFFICES*

ERIC W. RUDEN
DIRECT DIAL: +1 212 471 1893
PERSONAL FAX: +1 212 202 5077
*E-MAIL:* ERuden@duanemorris.com

*www.duanemorris.com*

ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO
SRI LANKA
ALLIANCE WITH
GOWERS INTERNATIONAL

December 2, 2014

**VIA ECF**

The Honorable Ronald L. Ellis
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re:    **Dedra De La Rosa v. BTM Development Partners, LLC and Related Management Co., L.P., Docket No. 14-cv-2444(SHS)(RLE)**

Dear Judge Ellis:

We represent Defendants BTM Development Partners, LLC and Related Management Co., L.P. (collectively "Defendants"). On December 2, 2014, the Court scheduled a telephone conference for December 11, 2014 at 3:00 p.m. Because Defendants' counsel, Eve I. Klein and the undersigned, will be out of the office on December 11, 2014 for another matter, Defendants respectfully request that the telephone conference be rescheduled for another date.

We appreciate the Court's attention to this request.

Respectfully,

Eric W. Ruden

EWR:jb

cc:    Glen H. Parker, Esq. (via ECF)

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086          PHONE: +1 212 692 1000   FAX: +1 212 692 1020
DM2\5266697.1