UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEDRA DE LA ROSA,

                              Plaintiff,

                                              **ORDER**
- against -                                  14-CV-2444 (SHS) (RLE)

BTM DEVELOPMENT PARTNERS, LLC., et al.,

                              Defendants.

RONALD L. ELLIS, United States Magistrate Judge:

      **IT IS HEREBY ORDERED** that the Parties are scheduled for a TELEPHONIC CONFERENCE with the Court on **December 8, 2014 at 3:00 p.m.** On the day of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at **212-805-0563**. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242.

**SO ORDERED**
December 2, 2014

                                                                    The Honorable Ronald L. Ellis
                                                                    United States Magistrate Judge