NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY

# DuaneMorris®

FIRM and AFFILIATE OFFICES

ERIC W. RUDEN
DIRECT DIAL: +1 212 471 1893
PERSONAL FAX: +1 212 202 5077
E-MAIL: ERuden@duanemorris.com

www.duanemorris.com

ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO
SRI LANKA
ALLIANCE WITH
GOWERS INTERNATIONAL

December 3, 2014

**VIA ECF**

The Honorable Ronald L. Ellis
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

   Re: **Dedra De La Rosa v. BTM Development Partners, LLC and Related Management Co., L.P., Docket No. 14-cv-2444(SHS)(RLE)**

Dear Judge Ellis:

  We represent Defendants BTM Development Partners, LLC and Related Management Co., L.P. (collectively "Defendants"). On December 2, 2014, the Court scheduled a telephone conference for December 11, 2014 at 3:00 p.m which was adjourned to December 8, 2014 at 3:00 p.m. at Defendants' request. As stated in a telephone conference with Your Honor's chambers this afternoon, Defendants respectfully request that the telephone conference be rescheduled to December 12, 2014 at 11:00 a.m. Plaintiff consents to the rescheduling.

  We appreciate the Court's attention to this request.

                 Respectfully,

                 Eric W. Ruden

EWR:jb

cc: Glen H. Parker, Esq. (via ECF)

DUANE MORRIS LLP
1540 BROADWAY   NEW YORK, NY 10036-4086   PHONE: +1 212 692 1000   FAX: +1 212 692 1020
DM2\5274745.1