NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA

# DuaneMorris®

*FIRM and AFFILIATE OFFICES*

EVE I. KLEIN
DIRECT DIAL: +1 212 692 1065
PERSONAL FAX: +1 212 202 7559
*E-MAIL:* eiklein@duanemorris.com

*www.duanemorris.com*

BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

December 29, 2014

**VIA ECF**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

> Re:   **Dedra De La Rosa v. BTM Development Partners, LLC and Related
> Management Co., L.P., Docket No. 14-cv-2444(SHS)(RLE)**

Dear Judge Stein:

We represent Defendants BTM Development Partners, LLC and Related Management Co., L.P. (collectively "Defendants") in the above-referenced matter. The parties jointly request that the last day for completion of discovery be extended from January 15, 2015 to March 16, 2015. This extension is necessary to allow the parties additional time to complete fact and expert discovery. This is the parties' second request for an extension.

Thank you for your consideration of this request.

Respectfully,

Eve I. Klein

EIK/jb

cc:   Glen H. Parker, Esq. (via ECF)

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086                PHONE: +1 212 692 1000   FAX: +1 212 692 1020