UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

DEDRA DE LA ROSA,

                Plaintiff,

      -against-

BTM DEVELOPMENT PARTNERS, LLC
and RELATED MANAGEMENT
COMPANY, L.P.,

                Defendants.

------------------------------------

14-Cv-2444 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

On October 20, 2014, plaintiff filed a motion for leave to amend the complaint (Dkt. No. 24). Defendants have not filed papers in opposition and counsel for plaintiff reports that defendants consent to the amendment. *See* Dkt. No. 25. In addition, the Court is in receipt of the parties' joint request that the last day for completion of discovery be extended from January 15, 2015 to March 16, 2015 (Dkt. No. 40) as well as defendants' letter motion dated December 29, 2014 requesting a status conference (Dkt. No. 41).

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to amend the complaint (Dkt. No. 24) is granted. Plaintiff shall file the Amended Complaint as a separate document.

2. The parties are to appear at a status conference to address all outstanding issues on January 6, 2014 at 11:00 AM in Courtroom 23A.

3. The parties' joint request to extend the discovery deadline from January 15, 2015 to March 16, 2015 is held in abeyance pending the January 6

conference.

Dated: New York, New York
December 30, 2014

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.