| | **Duane Morris®** | |
|---|---|---|
| NEW YORK | | ATLANTA |
| LONDON | | BALTIMORE |
| SINGAPORE | | WILMINGTON |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | MIAMI |
| CHICAGO | | BOCA RATON |
| WASHINGTON, DC | | PITTSBURGH |
| SAN FRANCISCO | ERIC W. RUDEN | NEWARK |
| SILICON VALLEY | DIRECT DIAL: +1 212 471 1893 | LAS VEGAS |
| SAN DIEGO | PERSONAL FAX: +1 212 202 5077 | CHERRY HILL |
| SHANGHAI | *E-MAIL:* ERuden@duanemorris.com | LAKE TAHOE |
| BOSTON | | MYANMAR |
| HOUSTON | *www.duanemorris.com* | OMAN |
| LOS ANGELES | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | MEXICO CITY |
| | | ALLIANCE WITH |
| | | MIRANDA & ESTAVILLO |
| | | SRI LANKA |
| | | ALLIANCE WITH |
| | | GOWERS INTERNATIONAL |

December 31, 2014

**VIA ECF**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:    **Dedra De La Rosa v. BTM Development Partners, LLC and Related Management Co., L.P., Docket No. 14-cv-2444(SHS)(RLE)**

Dear Judge Stein:

    We represent Defendants BTM Development Partners, LLC and Related Management Co., L.P. (collectively "Defendants") in the above-referenced matter. Due to counsel's unavailability, Defendants respectfully request that the status conference scheduled for January 6, 2015 at 11:00 AM be rescheduled to January 13, 2015 or alternatively to a date where both parties are available. Plaintiff consents to this request.

    Thank you for your consideration of this request.

                                                  Respectfully,

                                                  */s/ Eric W. Ruden*

                                                  Eric W. Ruden

EWR/jb

cc:    Glen H. Parker, Esq. (via ECF)