NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY

# Duane Morris®

FIRM and AFFILIATE OFFICES

ERIC W. RUDEN
DIRECT DIAL: +1 212 471 893
PERSONAL FAX: +1 212 202 0
E-MAIL: ERuden@duanemorris.com

www.duanemorris.com

ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS
MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO
SRI LANKA
ALLIANCE WITH
GOWERS INTERNATIONAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/15

December 31, 2014

**VIA ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:    **Dedra De La Rosa v. BTM Development Partners, LLC and Related Management Co., L.P., Docket No. 14-cv-2444(SHS)(RLE)**

Dear Judge Stein:

    We represent Defendants BTM Development Partners, LLC and Related Management Co., L.P. (collectively "Defendants") in the above-referenced matter. Due to counsel's unavailability, Defendants respectfully request that the status conference scheduled for January 6, 2015 at 11:00 AM be rescheduled to January 13, 2015 or alternatively to a date where both parties are available. Plaintiff consents to this request.

    Thank you for your consideration of this request.

                              Respectfully,

                              /s/ Eric W. Ruden

                              Eric W. Ruden

*The conference is adjourned to Jan. 13 at 4:30 p.m.*

*SO ORDERED 1/6/15*

*SIDNEY H. STEIN*
*U.S.D.J.*

EWR/jb

cc:    Glen H. Parker, Esq. (via ECF)

DUANE MORRIS LLP
1540 BROADWAY    NEW YORK, NY 10036-4086    PHONE: +1 212 692 1000    FAX: +1 212 692 1020