USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEDRA DE LA ROSA,

                Plaintiff,

-against-

BTM DEVELOPMENT PARTNERS, LLC
and RELATED MANAGEMENT
COMPANY, L.P.,

                Defendants.

14-Cv-2444 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

A pretrial conference having been held yesterday with all parties present,

IT IS HEREBY ORDERED that:

1. Plaintiff shall respond to defendants' expert report on an item-by-item basis by January 23, 2015. Defendants shall reply to that document by February 2, 2015.

2. The parties and their experts shall meet in person to attempt to resolve any outstanding issues on or before February 13, 2015.

3. Any needed reinspection of the property shall take place by February 20, 2015.

4. The parties shall meet in person after any reinspection of the property on or before February 27, 2015.

5. The parties shall submit a written joint status report to the Court by March 6, 2015. If the parties would like a conference with the Court, they should request one in the joint status report.

6. The last day for discovery will be March 31, 2015.

7. The next pretrial conference is scheduled for March 31, 2015 at 2:00 PM in Courtroom 23A.
8. The Clerk of Court is directed to terminate the parties' joint letter motion for extension of time to complete discovery (Dkt. No. 40) and defendants' letter motion requesting a status conference (Dkt. No. 41).

Dated: New York, New York
January 14, 2015

SO ORDERED:

Sidney H. Stein, U.S.D.J.