| NEW YORK | **DuaneMorris**® | ATLANTA |
| --- | --- | --- |
| LONDON | | BALTIMORE |
| SINGAPORE | | WILMINGTON |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | MIAMI |
| CHICAGO | | BOCA RATON |
| WASHINGTON, DC | | PITTSBURGH |
| SAN FRANCISCO | ERIC W. RUDEN | NEWARK |
| SILICON VALLEY | DIRECT DIAL: +1 212 471 1893 | LAS VEGAS |
| SAN DIEGO | PERSONAL FAX: +1 212 202 5077 | CHERRY HILL |
| SHANGHAI | *E-MAIL:* ERuden@duanemorris.com | LAKE TAHOE |
| BOSTON | | MYANMAR |
| HOUSTON | *www.duanemorris.com* | OMAN |
| LOS ANGELES | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | MEXICO CITY |
| | | ALLIANCE WITH |
| | | MIRANDA & ESTAVILLO |
| | | SRI LANKA |
| | | ALLIANCE WITH |
| | | GOWERS INTERNATIONAL |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/15

February 26, 2015

**VIA ECF**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

    Re:    <u>Dedra De La Rosa v. BTM Development Partners, LLC and Related Management Co., L.P., Docket No. 14-cv-2444(SHS)(RLE)</u>

Dear Judge Stein:

    The parties are required to meet in person after the reinspection of the Bronx Terminal Market (which occurred on February 18, 2015) on or before February 27, 2015. Due to scheduling conflicts, the parties have scheduled the in person conference for March 4, 2015. The parties respectfully request that the deadline for the parties to meet in person following the reinspection of the property be extended to March 4, 2015. No other deadlines will be affected by this extension.

    Thank you for your consideration of this request.

    Respectfully,

    */s/ Eric W. Ruden*

    Eric W. Ruden

SO ORDERED 2/26/15

SIDNEY H. STEIN
U.S.D.J.

EWR/jb

cc:    Glen H. Parker, Esq. (via ECF)