```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

DEDRA DE LA ROSA,                :     14-Cv-2444 (SHS)

                Plaintiff,     :

       -against-            :     ORDER

BTM DEVELOPMENT PARTNERS, LLC, and   :
RELATED MANAGEMENT COMPANY, L.P.,

                              :

                Defendants.
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      A pretrial conference having been held today, with counsel for defendants present, and counsel for plaintiff appearing via telephone, and plaintiff's attorneys having informed the Court that plaintiff responded to defendants' March 13, 2015, proposal today,

      IT IS HEREBY ORDERED that:

      1.    Defendants shall respond to plaintiff's April 6 proposal on or before April 13, 2015;

      2.    All parties shall meet on April 20, 2015, at 9:00 a.m., at the offices of Duane Morris, LLP, 1540 Broadway, New York, New York. A representative of each party with settlement authority is required to attend the meeting;

      3.    The last day for completion of discovery remains at April 30, 2015; and

      4.    If a stipulation of dismissal has not been submitted to the Court by May 1, 2015, the conference scheduled for May 1 at 2:00 p.m. will take place.

Dated: New York, New York
       April 6, 2015

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.